[Nos. 18714–7–I; 19123–3–I.   Division One.   September 21, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHNNY JAY
GAINES, *Appellant.*

*In the Matter of the Personal Restraint of*
JOHNNY JAY GAINES, *Petitioner.*

Appeal from a judgment of the Superior Court for King
County, No. 84–1–01619–8, Frank H. Roberts, Jr., J.,
entered November 8, 1984, together with a petition for
relief from personal restraint. Appeal and petition *dis-
missed* by unpublished per curiam opinion.

[No. 9587–4–II.   Division Two.   September 21, 1987.]

EUNICE WALL, ET AL, *Appellants,* v. MAVIS D. BRADY,
*Respondent.*

Appeal from a judgment of the Superior Court for Cow-
litz County, No. 84–2–00711–8, Don L. McCulloch, J.,
entered January 28, 1986. *Affirmed* by unpublished opinion
per Alexander, J., concurred in by Reed, C.J., and Petrich,
J.

[No. 10597–7–II.   Division Two.   September 21, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. STEVE
SOHAPPY, *Appellant.*

Appeal from a judgment of the Superior Court for Ska-
mania County, No. 86–1–00024–9, Ted Kolbaba, J., entered
November 21, 1986. *Affirmed* by unpublished opinion per
Worswick, J., concurred in by Reed, C.J., and Petrich, J.